**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MIKE D. HENIG AND HENIG FURS, INC., <br><br>                  Plaintiffs-Relators, <br><br>v. <br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES, LLC, <br><br>                  Defendants. | Case No. 1:19-cv-05673-ER <br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Mike D. Henig and Henig Furs, Inc., Plaintiffs-Relators in the above-captioned case, appeal to the United States Court of Appeals for the Second Circuit from the final judgment, entered in this action on the 3rd day of January, 2025 (Dkt. 83); from the Order granting Defendants' motion to dismiss, entered in this action on that same date (Dkt. 82); and all prior rulings related to or merged therein.

Dated: New York, New York
January 27, 2025

                                                /s/ *Andrew H. Schapiro*

                                          **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                          Andrew H. Schapiro
                                          295 5th Avenue
                                          New York, New York 10016
                                          Tel.: (212) 849-7000
                                          andrewschapiro@quinnemanuel.com

Richard Godfrey (*pro hac vice*)
Marissa Medansky (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel.: (312) 705-7400
richardgodfrey@quinnemanuel.com
marissamedansky@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW, Suite 900
Washington, DC 20002
Tel: (202) 538-8000
nicholasinns@quinnemanuel.com

**MORRIS HAYNES LLP**
George L. Beck, Jr. (*pro hac vice*)
131 Main Street (35010), P.O. Box 1660
Alexander City, Alabama 35011
Tel.: (256) 329-2000
gbeck@mhhlaw.net

*Attorneys for Plaintiffs-Relators*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on January 27, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:19–cv–05673–ER

| | |
|---|---|
| United States of America et al v. Amazon Inc et al<br>Assigned to: Judge Edgardo Ramos<br>Case in other court: South Carolina, 2:17–cv–01735<br>Cause: 31:3730 Qui Tam False Claims Act | Date Filed: 06/18/2019<br>Date Terminated: 01/03/2025<br>Jury Demand: Plaintiff<br>Nature of Suit: 376 Qui Tam (31 U.S.C. § 3729(a))<br>Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**United States of America**     represented by     **Stanley D Ragsdale**
US Attorneys Office
1441 Main Street
Suite 500
Columbia, SC 29201
803–929–3000
Email: stan.ragsdale@usdoj.gov
*TERMINATED: 10/20/2023*
*LEAD ATTORNEY*

**Anthony Jan–Huan Sun**
U.S. Attorney Office SDNY
86 Chambers Street
New York, NY 10007
212–637–2810
Fax: 212–637–2786
Email: anthony.sun@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Dana Walsh Kumar**
DOJ–USAO
Sdny
86 Chambers Street
Ste Floor 3
New York, NY 10007
212–637–2741
Email: dana.walsh.kumar@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike D Henig**     represented by     **Frances C Trapp**
*Relator*                                                  Bill Nettles Law
2008 Lincoln Street
Columbia, SC 29201
803–413–6500
Fax: 888–745–1381
Email: fran@billnettleslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George L Beck , Jr**
Morris Haynes Law Firm
131 Main Street
Alexander City, AL 35151
256–329–2000
Email: gbeck@mhhlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Lamar Beck**

Morris Haynes Wheeles Knowles and Nelson
PO Box 1660
Alexander City, AL 35011–1660
256–329–2000
Email: gbeck@mhhlaw.net
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy Linn Eady**
Morris Haynes Wheeles Knowles and Nelson
PO Box 1660
Alexander City, AL 35011–1660
256–329–2000
Email: neady@mhhlaw.net
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stanley D Ragsdale**
(See above for address)
*TERMINATED: 10/20/2023*
*LEAD ATTORNEY*

**Andrew H. Schapiro**
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
Suite 2700
New York, NY 10016
212–849–7000
Email: andrewschapiro@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Joe R. Whatley , JR.**
Whatley Kallas LLP
152 West 57th Street
Ste 41st Floor
New York, NY 10019
212–447–7060
Fax: 800–922–4851
Email: jwhatley@whatleykallas.com
*TERMINATED: 02/05/2024*

**Marissa L Medansky**
191 N Wacker Dr
Ste 2700
Chicago, IL 60606
847–323–8170
Email: marissamedansky@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Nicholas Inns**
Quinn Emanuel Urquhart & Sullivan LLP
1300 I St NW
Suite 900
Washington, DC 20005
202–774–6147
Email: nicholasinns@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Richard C Godfrey**
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive

        Suite 2700
        Chicago, IL 60606
        312−705−7463
        Fax: 312−705−7401
        Email: richardgodfrey@quinnemanuel.com
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henig Furs Inc**     represented by     **Frances C Trapp**
*Relator*                                          (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **George L Beck , Jr**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **George Lamar Beck**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Nancy Linn Eady**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Stanley D Ragsdale**
                                                    (See above for address)
                                                    *TERMINATED: 10/20/2023*
                                                    *LEAD ATTORNEY*

                                                    **Andrew H. Schapiro**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joe R. Whatley , JR.**
                                                    (See above for address)
                                                    *TERMINATED: 02/05/2024*

                                                    **Marissa L Medansky**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Nicholas Inns**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Richard C Godfrey**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amazon Inc**
*TERMINATED: 11/04/2023*

**Defendant**

**Tongsen**
*TERMINATED: 11/04/2023*
*doing business as*
QueenFur

**Defendant**

**Suzhou min Huan Mdt Info Tech Ltd**
*dba Hhdress, whose true name and identity are otherwise unknown*
*TERMINATED: 11/04/2023*
*doing business as*
Hhdress

**Defendant**

**Fur Story**
*whose true name and identity are otherwise unknown*
*TERMINATED: 11/04/2023*

**Defendant**

**vendors**
*those vendors and suppliers shipping fur and leather goods through, by and in concert with Amazon Inc*
*TERMINATED: 11/04/2023*

**Defendant**

**Amazon.com Inc**     represented by     **Christopher Louis Donati**
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
212−603−6422
Email: chrisdonati@dwt.com
*ATTORNEY TO BE NOTICED*

**David Gossett**
Davis Wright Tremaine LLP
1301 K Street NW
Suite 500 East
Washington, DC 20005
202−973−4216
Email: davidgossett@dwt.com
*ATTORNEY TO BE NOTICED*

**Erwin Reschke**
Davis Wright Tremaine LLP
920 5th Ave
Ste 3300
Seattle, WA 98104
206−757−8064
Fax: 206−757−7700
Email: erwinreschke@dwt.com
*ATTORNEY TO BE NOTICED*

**James E Howard**
Davis Wright Tremaine LLP
920 Fifth Avenue
Ste 3300
Seattle, WA 98104
206−757−8336
Fax: 206−757−7336

Email: jimhoward@dwt.com
*ATTORNEY TO BE NOTICED*

**Sarah Anne Baugh**
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
206–757–8335
Email: sarahbaugh@dwt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon Fulfillment Services Inc** represented by **Christopher Louis Donati**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Gossett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erwin Reschke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E Howard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Anne Baugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon.com Services LLC** represented by **Christopher Louis Donati**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Gossett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erwin Reschke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E Howard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Anne Baugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2019 | 19 | CASE TRANSFERRED IN from the United States District Court – District of South Carolina; Case Number: 2:17–cv–01735. Original file certified copy of transfer order and docket entries received. (sjo) (Entered: 06/18/2019) |
| 06/18/2019 | | Case Designated ECF. (sjo) (Entered: 06/18/2019) |

| | | |
|---|---|---|
| 06/18/2019 | | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (sjo) (Entered: 06/18/2019) |
| 06/18/2019 | | NOTE TO OUT OF STATE ATTORNEYS: Please visit the Court's website at http://www.nysd.uscourts.gov for information regarding admission to the S.D.N.Y. Bar and the CM/ECF Rules & Filing Instructions. (sjo) (Entered: 06/18/2019) |
| 06/18/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE – TRANSFER CASE: This case is assigned to: Judge Edgardo Ramos. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (sjo) (Entered: 06/18/2019) |
| 06/16/2020 | 20 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 06/16/2020) |
| 11/19/2020 | 21 | SEALED DOCUMENT placed in vault..(jus) (Entered: 11/19/2020) |
| 09/08/2023 | 22 | ORDER: IT IS ORDERED THAT, The complaint shall be unsealed thirty days after entry of this Order and, in the event that the relators have not moved to dismiss the action, service upon the defendants by the relators is authorized as of that date. If the relators voluntarily dismiss the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty−day period, the relators may seek to modify this Order with the consent of the United States or by motion on notice to the United States. All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the relators complaint, this Order, and the Governments Notice of Decision to Decline Intervention (the Notice of Decision). The relators will serve upon the defendants this Order and the Notice of Decision only after service of the complaint Upon the unsealing of the complaint, the seal shall be lifted as to all other matters occurring in this action after the date of this Order. The parties shall serve all pleadings, motions, and notices of appeal filed in this matter, including supporting memoranda, upon the United States. The United States may order any transcripts of depositions. The United States may seek to intervene with respect to the allegations in the relators complaint, for good cause, at any time, and may seek dismissal of this action upon intervention. All orders of this Court in this matter shall be sent to the United States by the relators. Should the relators propose that the complaint or any of its allegations be dismissed, settled, or otherwise discontinued, the relators must solicit the written consent of the United States before applying for Court approval. (Signed by Judge Edgardo Ramos on 9/8/2023) (js) (Entered: 10/16/2023) |
| 10/16/2023 | 25 | COMPLAINT against Amazon Inc, Fur Story, Suzhou min Huan Mdt Info Tech Ltd, Tongsen, vendors. Document filed by Mike D Henig, Henig Furs Inc. ***Previously filed under seal*** (js) (Entered: 10/19/2023) |
| 10/16/2023 | 26 | THE GOVERNMENT'S NOTICE OF DECISION TO DECLINE INTERVENTION: Document filed by United States of America. ***Previously filed under seal***.(js) (Entered: 10/19/2023) |
| 10/17/2023 | 23 | NOTICE OF APPEARANCE by Joe R. Whatley, JR on behalf of Mike D Henig, Henig Furs Inc..(Whatley, Joe) (Entered: 10/17/2023) |
| 10/18/2023 | 24 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for George L. Beck, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28445487. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mike D Henig, Henig Furs Inc. (Attachments: # 1 Proposed Order Order on Beck Motion PHV).(Beck, George) Modified on 10/19/2023 (sgz). (Entered: 10/18/2023) |
| 10/19/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 24 MOTION for George L. Beck, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28445487. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from** |

| | | |
|---|---|---|
| | | **Supreme Court of Alabama;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sgz)** (Entered: 10/19/2023) |
| 10/19/2023 | 27 | NOTICE OF APPEARANCE by Anthony Jan–Huan Sun on behalf of United States of America..(Sun, Anthony) (Entered: 10/19/2023) |
| 10/19/2023 | 28 | LETTER addressed to Judge Edgardo Ramos from AUSA Anthony J. Sun dated 10/19/2023 re: counsel for the United States of America. Document filed by United States of America..(Sun, Anthony) (Entered: 10/19/2023) |
| 10/19/2023 | 29 | NOTICE OF APPEARANCE by Dana Walsh Kumar on behalf of United States of America..(Kumar, Dana) (Entered: 10/19/2023) |
| 10/19/2023 | 30 | MOTION for George L. Beck, Jr. to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mike D Henig, Henig Furs Inc. (Attachments: # 1 Proposed Order Order on Beck Motion PHV).(Beck, George) (Entered: 10/19/2023) |
| 10/20/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 30 MOTION for George L. Beck, Jr. to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 10/20/2023) |
| 10/20/2023 | 31 | MEMO ENDORSEMENT on re: 28 Letter filed by United States of America. ENDORSEMENT: The Clerk of the Court is respectfully directed to terminate Stanley D. Ragsday as counsel for the government. Attorney Stanley D Ragsdale terminated. (Signed by Judge Edgardo Ramos on 10/20/2023) (ate) (Entered: 10/20/2023) |
| 10/20/2023 | 32 | ORDER granting 30 Motion for George L. Beck, Jr. to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 10/20/2023) |
| 11/04/2023 | 33 | **FILING ERROR – DEFICIENT PLEADING FILED AGAINST PARTY ERROR** FIRST AMENDED COMPLAINT amending 25 Complaint against Amazon.com Inc, Amazon Fulfillment Services Inc, Amazon.com Services LLC with JURY DEMAND.Document filed by Mike D Henig, Henig Furs Inc. Related document: 25 Complaint. (Attachments: # 1 Exhibit Foreign Business Partners List, # 2 Exhibit Import Export Application, # 3 Exhibit Entry of Merchandise, # 4 Exhibit Entry of Merchandise, # 5 Exhibit Entry of Merchandise, # 6 Exhibit Liability of Importer Duties, # 7 Exhibit Products Require License, # 8 Exhibit FWS Form 3 – 177, # 9 Exhibit Intentionally Blank, # 10 Exhibit Harmonized Tariff Schedule, # 11 Exhibit Harmonized Code Warning, # 12 Exhibit Fur Labeling Act, # 13 Exhibit FTC Fur Labeling Act, # 14 Exhibit FBA Fulfillment By Amazon, # 15 Exhibit FBA Fulfillment By Amazon, # 16 Exhibit FBA Fulfillment By Amazon, # 17 Exhibit FBA Fulfillment By Amazon, # 18 Exhibit FBA Fulfillment By Amazon, # 19 Exhibit FBA Fulfillment By Amazon, # 20 Exhibit FBA Fulfillment By Amazon, # 21 Exhibit FBA Fulfillment By Amazon, # 22 Exhibit Amazon Services Business Agreement, # 23 Exhibit Amazon Services Business Agreement, # 24 Exhibit Amazon Services Business Agreement, # 25 Exhibit Amazon Services Business Agreement, # 26 Exhibit ShopBop Instructions, # 27 Exhibit Melody Email, # 28 Exhibit Melody Email, # 29 Exhibit Tongsen Email, # 30 Exhibit Tongsen Sale, # 31 Exhibit Queenfur Sale, # 32 Exhibit Tongsen Email, # 33 Exhibit Misbranded Fur, # 34 Exhibit Tongsen Email Exchange, # 35 Exhibit HHdress Order, # 36 Exhibit Fur Story Order, # 37 Exhibit Polyester Commercial Invoice, # 38 Exhibit Catalog Meefur, # 39 Exhibit Tongsen Email 01042017, # 40 Exhibit Catalog Tongsen, # 41 Exhibit Tongsen Email On Orders, # 42 Exhibit Queenfur Order, # 43 Exhibit Queenfur Order, # 44 Exhibit Queenfur Order, # 45 Exhibit Queenfur Order, # 46 Exhibit YR Lover Order and Catalog, # 47 Exhibit YR Lover Order, # 48 Exhibit YR Lover Order, # 49 Exhibit Ferand Order, # 50 Exhibit Ferand Order, # 51 Exhibit Ukraine Order, # 52 Exhibit Sromza Order, # 53 Exhibit Zhoushi Order, # 54 Exhibit Zhoushi Shipping Documents, # 55 Exhibit Misbranded Zhoushi Label, # 56 Exhibit Melody Order, # 57 Exhibit Melody Return Label, # 58 Exhibit LVCOMEFF Order).(Beck, George) Modified on 11/7/2023 (gp). (Entered: 11/04/2023) |

| 11/04/2023 | 34 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST As To –** REQUEST FOR ISSUANCE OF SUMMONS as to Amazon.com Inc, re: 33 Amended Complaint. Document filed by Mike D Henig, Henig Furs Inc..(Beck, George) Modified on 11/7/2023 (gp). (Entered: 11/04/2023) |
|---|---|---|
| 11/04/2023 | 35 | REQUEST FOR ISSUANCE OF SUMMONS as to Amazon Fulfillment Services Inc, re: 33 Amended Complaint,,,,,,,,,. Document filed by Mike D Henig, Henig Furs Inc..(Beck, George) (Entered: 11/04/2023) |
| 11/04/2023 | 36 | REQUEST FOR ISSUANCE OF SUMMONS as to Amazon.com Services LLC, re: 33 Amended Complaint,,,,,,,,,. Document filed by Mike D Henig, Henig Furs Inc..(Beck, George) (Entered: 11/04/2023) |
| 11/07/2023 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney George Beck re: Document No. 33 Amended Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF (AMAZON GROUP d/b/a AMAZON.COM, INC. is missing). Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents. (gp)** (Entered: 11/07/2023) |
| 11/07/2023 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Geroge Beck to RE–FILE Document No. 33 Amended Complaint. The filing is deficient for the following reason(s): the wrong party/parties whom the pleading is against were selected (Amazon.com Inc is not a party on this matter) once Amazon Group d/b/a Amazon.com, Inc is added to the docket, re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (gp)** (Entered: 11/07/2023) |
| 11/07/2023 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney George Beck to RE–FILE Document No. 34 REQUEST FOR ISSUANCE OF SUMMONS. The filing is deficient for the following reason(s): party name on 'As to' docket entry is not a party to the case, summonses can not be issused at this time. (gp)** (Entered: 11/07/2023) |
| 11/08/2023 |  | **\*\*\*DELETED DOCUMENT. Deleted document number [37 and 38] ELECTRONIC SUMMONS ISSUED. The document was incorrectly filed in this case. (gp)** (Entered: 11/08/2023) |
| 11/09/2023 | 37 | FIRST AMENDED COMPLAINT amending 25 Complaint against Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC with JURY DEMAND.Document filed by Mike D Henig, Henig Furs Inc. Related document: 25 Complaint. (Attachments: # 1 Exhibit Foreign Business Partners List, # 2 Exhibit Import Export Application, # 3 Exhibit Entry of Merchandise, # 4 Exhibit Entry of Merchandise, # 5 Exhibit Entry of Merchandise, # 6 Exhibit Liability of Importer Duties, # 7 Exhibit Products Require License, # 8 Exhibit FWS Form 3 – 177, # 9 Exhibit Intentionally Blank, # 10 Exhibit Harmonized Tariff Schedule, # 11 Exhibit Harmonized Code Warning, # 12 Exhibit Fur Labeling Act, # 13 Exhibit FTC Fur Labeling Act, # 14 Exhibit FBA Fulfillment By Amazon, # 15 Exhibit FBA Fulfillment By Amazon, # 16 Exhibit FBA Fulfillment By Amazon, # 17 Exhibit FBA Fulfillment By Amazon, # 18 Exhibit FBA Fulfillment By Amazon, # 19 Exhibit FBA Fulfillment By Amazon, # 20 Exhibit FBA Fulfillment By Amazon, # 21 Exhibit FBA Fulfillment By Amazon, # 22 Exhibit Amazon Services Business Agreement, # 23 Exhibit Amazon Services Business Agreement, # 24 Exhibit Amazon Services Business Agreement, # 25 Exhibit Amazon Services Business Agreement, # 26 Exhibit ShopBop Instructions, # 27 Exhibit Melody Email, # 28 Exhibit Melody Email, # 29 Exhibit Tongsen Email, # 30 Exhibit Tongsen Sale, # 31 Exhibit Queenfur Sale, # 32 Exhibit Tongsen Email, # 33 Exhibit Misbranded Fur, # 34 Exhibit Tongsen Email Exchange, # 35 Exhibit HHDress Order, # 36 Exhibit Fur Story Order, # 37 Exhibit Polyester Commercial Invoice, # 38 Exhibit Catalog Meefur, # 39 Exhibit Tongsen Email 01042017, # 40 Exhibit Catalog Tongsen, # 41 Exhibit Tongsen Emails on Orders, # 42 Exhibit QueenFur Order, # 43 Exhibit QueenFur Order, # 44 Exhibit QueenFur Order, # 45 Exhibit QueenFur Order, # 46 Exhibit YR Lover Order and Catalog, # 47 Exhibit YR Lover Order, # 48 Exhibit YR Lover Order, # 49 Exhibit Ferand Order, # 50 Exhibit Ferand Order, # 51 Exhibit Ukraine Order, # 52 Exhibit |

| | | |
|---|---|---|
| | | Sromza Order, # 53 Exhibit Zhoushi Order, # 54 Exhibit Zhoushi Shipping Documents, # 55 Exhibit Misbranded Zhoushi Label, # 56 Exhibit Melody Order, # 57 Exhibit Melody Return Email, # 58 Exhibit LVCOMEFF Order).(Beck, George) (Entered: 11/09/2023) |
| 11/09/2023 | 38 | REQUEST FOR ISSUANCE OF SUMMONS as to Amazon.com Inc, re: 37 Amended Complaint,,,,,,,,,. Document filed by Mike D Henig, Henig Furs Inc..(Beck, George) (Entered: 11/09/2023) |
| 11/09/2023 | 39 | REQUEST FOR ISSUANCE OF SUMMONS as to Amazon Fulfillment Services Inc, re: 37 Amended Complaint,,,,,,,,,. Document filed by Mike D Henig, Henig Furs Inc..(Beck, George) (Entered: 11/09/2023) |
| 11/09/2023 | 40 | REQUEST FOR ISSUANCE OF SUMMONS as to Amazon.com Services LLC, re: 37 Amended Complaint,,,,,,,,,. Document filed by Mike D Henig, Henig Furs Inc..(Beck, George) (Entered: 11/09/2023) |
| 11/13/2023 | 41 | ELECTRONIC SUMMONS ISSUED as to Amazon.com Services LLC..(gp) (Entered: 11/13/2023) |
| 11/13/2023 | 42 | ELECTRONIC SUMMONS ISSUED as to Amazon Fulfillment Services Inc..(gp) (Entered: 11/13/2023) |
| 11/13/2023 | 43 | ELECTRONIC SUMMONS ISSUED as to Amazon.com Inc..(gp) (Entered: 11/13/2023) |
| 12/04/2023 | 44 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,,,,,,,. Amazon.com Inc served on 11/28/2023, answer due 12/19/2023. Service was accepted by Ellen Jones, Service of Process Intake Clerk. Document filed by Mike D Henig; Henig Furs Inc..(Beck, George) (Entered: 12/04/2023) |
| 12/04/2023 | 45 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,,,,,,,. Amazon Fulfillment Services Inc served on 11/28/2023, answer due 12/19/2023. Service was accepted by Ellen Jones, Service of Process Intake Clerk. Document filed by Mike D Henig; Henig Furs Inc..(Beck, George) (Entered: 12/04/2023) |
| 12/04/2023 | 46 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,,,,,,,. Amazon.com Services LLC served on 11/28/2023, answer due 12/19/2023. Service was accepted by Ellen Jones, Service of Process Intake Clerk. Document filed by Mike D Henig; Henig Furs Inc..(Beck, George) (Entered: 12/04/2023) |
| 12/04/2023 | 47 | NOTICE OF APPEARANCE by Christopher Louis Donati on behalf of Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC..(Donati, Christopher) (Entered: 12/04/2023) |
| 12/04/2023 | 48 | CONSENT LETTER MOTION for Extension of Time to File Answer *to Complaint* addressed to Judge Edgardo Ramos from Christopher L. Donati dated 12/4/2023. Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC..(Donati, Christopher) (Entered: 12/04/2023) |
| 12/04/2023 | 49 | ORDER: granting 48 Letter Motion for Extension of Time to Answer re 48 CONSENT LETTER MOTION for Extension of Time to File Answer to Complaint. addressed to Judge Edgardo Ramos from Christopher L. Donati dated 12/4/2023. The request to extend Amazon's time to respond to the complaint, until February 6, 2024, is granted. SO ORDERED. Amazon Fulfillment Services Inc answer due 2/6/2024; Amazon.com Inc answer due 2/6/2024; Amazon.com Services LLC answer due 2/6/2024. (Signed by Judge Edgardo Ramos on 12/04/2023) (ama) (Entered: 12/04/2023) |
| 12/21/2023 | 50 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for James E. Howard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28725499. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC. (Attachments: # 1 Affidavit in Support of Motion for Admission of James E. Howard Pro Hac Vice, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order ).(Howard, James) Modified on 12/21/2023 (va). (Entered: 12/21/2023) |

| | | |
|---|---|---|
| 12/21/2023 | 51 | MOTION for Erwin Reschke to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28725741. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC. (Attachments: # 1 Affidavit in Support of Motion for Admission of Erwin Reschke Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order ).(Reschke, Erwin) (Entered: 12/21/2023) |
| 12/21/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 50 MOTION for James E. Howard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28725499. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Illinois; expired Certificate of Good Standing from Supreme Court of Washington. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (va)** (Entered: 12/21/2023) |
| 12/21/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 51 MOTION for Erwin Reschke to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28725741. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 12/21/2023) |
| 01/05/2024 | 52 | ORDER granting 51 Motion for Erwin Reschke to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 01/05/2024) |
| 01/08/2024 | 53 | MOTION for James E. Howard to Appear Pro Hac Vice *(Receipt Number ANYSDC–28725499)*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC. (Attachments: # 1 Affidavit in Support of Motion for Admission of James E. Howard Pro Hac Vice, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order ).(Howard, James) (Entered: 01/08/2024) |
| 01/08/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 53 MOTION for James E. Howard to Appear Pro Hac Vice** *(Receipt Number ANYSDC–28725499)*. **Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/08/2024) |
| 02/02/2024 | 54 | NOTICE of of Withdrawal of Appearance of Joe R. Whatley, Jr.. Document filed by Mike D Henig, Henig Furs Inc..(Whatley, Joe) (Entered: 02/02/2024) |
| 02/05/2024 | 55 | ORDER granting 53 Motion for James E. Howard to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 02/05/2024) |
| 02/05/2024 | 56 | MEMO ENDORSEMENT: on WITHDRAWAL OF APPEARANCE re: 54 Notice (Other) filed by Henig Furs Inc, Mike D Henig. ENDORSEMENT: The Clerk of the Court is respectfully directed to terminate Joe R. Whately, Jr., Esq as counsel of record for Plaintiffs Mike D. Henig and Henig Furs, Inc. SO ORDERED., Attorney Joe R. Whatley, JR terminated. (Signed by Judge Edgardo Ramos on 2/05/2024) (ama) (Entered: 02/05/2024) |
| 02/06/2024 | 57 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Amazon.Com, Inc. for Amazon Fulfillment Services Inc, Amazon.com Services LLC. Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC..(Donati, Christopher) (Entered: 02/06/2024) |
| 02/06/2024 | 58 | LETTER MOTION for Conference */pre–motion conference in connection with Amazons anticipated motion to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6).* addressed to Judge Edgardo Ramos from James E. Howard dated 2/6/2024. Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC..(Howard, James) (Entered: 02/06/2024) |
| 02/08/2024 | 59 | ORDER granting 58 Letter Motion for Conference */pre–motion conference in connection with Amazons anticipated motion to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6).* A pre–motion conference will be |

| | | |
|---|---|---|
| | | held on February 22, 2024, at 10:30 a.m. by telephone. Plaintiff is directed to respond by February 15, 2024. The parties are instructed to call (877) 411–9748 and enter access code 3029857# when prompted. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 02/08/2024) |
| 02/08/2024 | 60 | NOTICE OF APPEARANCE by Andrew H. Schapiro on behalf of Mike D Henig, Henig Furs Inc..(Schapiro, Andrew) (Entered: 02/08/2024) |
| 02/15/2024 | 61 | LETTER RESPONSE to Motion addressed to Judge Edgardo Ramos from Andrew Schapiro dated February 15, 2024 re: 58 LETTER MOTION for Conference /pre−motion conference in connection with Amazons anticipated motion to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6). addressed to Judge Edgardo Ramos from James E. How . Document filed by Mike D Henig, Henig Furs Inc..(Schapiro, Andrew) (Entered: 02/15/2024) |
| 02/15/2024 | 62 | MEMO ENDORSEMENT: on re: 61 Response to Motion, filed by Henig Furs Inc, Mike D Henig. ENDORSEMENT: The parties' proposed schedule is adopted. Plaintiff−Relators are directed to file their Second Amended Complaint by April 1, 2024. Defendants must respond by May 31, 2024. If Defendants move to dismiss, it shall be filed on the following schedule: opening motion due May 31, 2024; opposition due July 15, 2024; and reply due August 9, 2024. SO ORDERED., ( Amended Pleadings due by 4/1/2024., Motions due by 5/31/2024., Responses due by 7/15/2024, Replies due by 8/9/2024.) (Signed by Judge Edgardo Ramos on 2/15/2024) (ama) (Entered: 02/15/2024) |
| 04/01/2024 | 63 | SECOND AMENDED COMPLAINT amending 37 Amended Complaint,,,,,,,,,, against Amazon.com Inc, Amazon.com Services LLC with JURY DEMAND.Document filed by Mike D Henig, Henig Furs Inc. Related document: 37 Amended Complaint,,,,,,,,,..(Schapiro, Andrew) (Entered: 04/01/2024) |
| 04/03/2024 | 64 | MOTION for Richard C. Godfrey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29170303. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mike D Henig, Henig Furs Inc. (Attachments: # 1 Affidavit / Declaration in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order Granting Admission Pro Hac Vice).(Godfrey, Richard) (Entered: 04/03/2024) |
| 04/03/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 64 MOTION for Richard C. Godfrey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29170303. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/03/2024) |
| 04/03/2024 | 65 | MOTION for Nicholas Inns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29171386. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mike D Henig, Henig Furs Inc. (Attachments: # 1 Affidavit / Declaration in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A − Certificate of Good Standing, # 3 Exhibit B − Certificate of Good Standing, # 4 Proposed Order Granting Admission Pro Hac Vice).(Inns, Nicholas) (Entered: 04/03/2024) |
| 04/03/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 65 MOTION for Nicholas Inns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29171386. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/03/2024) |
| 04/04/2024 | 66 | MOTION for Marissa L. Medansky to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29176763. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mike D Henig, Henig Furs Inc. (Attachments: # 1 Affidavit | Declaration in Support of Motion, # 2 Exhibit A − Certificate of Good Standing − IL, # 3 Proposed Order Granting Admission Pro Hac Vice).(Medansky, Marissa) (Entered: 04/04/2024) |
| 04/04/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 66 MOTION for Marissa L. Medansky to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29176763. Motion and supporting papers to be** |

| | | |
|---|---|---|
| | | reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc) (Entered: 04/04/2024) |
| 05/09/2024 | 67 | ORDER granting 64 Motion for Richard C. Godfrey to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 05/09/2024) |
| 05/09/2024 | 68 | ORDER granting 65 Motion for Nicholas Inns to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 05/09/2024) |
| 05/09/2024 | 69 | ORDER granting 66 Motion for Marissa L. Medansky to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 05/09/2024) |
| 05/31/2024 | 70 | MOTION to Dismiss *the Second Amended Complaint*. Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC..(Howard, James) (Entered: 05/31/2024) |
| 05/31/2024 | 71 | MEMORANDUM OF LAW in Support re: 70 MOTION to Dismiss *the Second Amended Complaint*. . Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC..(Howard, James) (Entered: 05/31/2024) |
| 05/31/2024 | 72 | DECLARATION of James E. Howard in Support re: 70 MOTION to Dismiss *the Second Amended Complaint*.. Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC. (Attachments: # 1 Exhibit 1 – Business Solutions Agreement, # 2 Exhibit 2 – Taylor First Amended Complaint, # 3 Exhibit 3 – Blue Furniture Complaint in Intervention).(Howard, James) (Entered: 05/31/2024) |
| 06/03/2024 | 73 | MOTION for David M. Gossett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29432143. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC. (Attachments: # 1 Affidavit (Declaration) of David M. Gossett, # 2 Exhibit A – Certificate of Good Standing, # 3 Exhibit B – Court Admissions, # 4 Proposed Order for Admission of David M. Gossett Pro Hac Vice).(Gossett, David) (Entered: 06/03/2024) |
| 06/03/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 73 MOTION for David M. Gossett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29432143. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/03/2024) |
| 06/04/2024 | 74 | ORDER granting 73 Motion for David M. Gossett to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 06/04/2024) |
| 07/15/2024 | 75 | MEMORANDUM OF LAW in Opposition re: 70 MOTION to Dismiss *the Second Amended Complaint*. . Document filed by Mike D Henig, Henig Furs Inc..(Schapiro, Andrew) (Entered: 07/15/2024) |
| 08/09/2024 | 76 | REPLY MEMORANDUM OF LAW in Support re: 70 MOTION to Dismiss *the Second Amended Complaint*. . Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC..(Howard, James) (Entered: 08/09/2024) |
| 08/22/2024 | 77 | LETTER MOTION for Oral Argument addressed to Judge Edgardo Ramos from James E. Howard dated 08/22/2024. Document filed by Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC..(Howard, James) (Entered: 08/22/2024) |
| 08/22/2024 | 78 | NOTICE OF APPEARANCE by Sarah Anne Baugh on behalf of Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC..(Baugh, Sarah) (Entered: 08/22/2024) |
| 08/30/2024 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Henry J. Ricardo to handle matters that may be referred in this case. Please note that this is a reassignment of the designation only. (vfr) (Entered: 08/30/2024) |

| | | |
|---|---|---|
| 11/08/2024 | 79 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Edgardo Ramos from James E. Howard dated 11/08/2024. Document filed by Amazon.com Inc, Amazon Fulfillment Services Inc, Amazon.com Services LLC..(Howard, James) (Entered: 11/08/2024) |
| 11/12/2024 | 80 | ORDER granting 79 Letter Motion for Local Rule 37.2 Conference. ENDORSEMENTPlaintiffs−Relators are directed to respond by November 19, 2024. A telephonic pre−motion conference is scheduled for November 22, 2024, at 11 am. The parties are instructed to call (877) 411−9748 and enter access code 3029857# when prompted. SO ORDERED. Telephone Conference set for 11/22/2024 at 11:00 AM before Judge Edgardo Ramos.. (Signed by Judge Edgardo Ramos on 11/12/2024) (jca) (Entered: 11/12/2024) |
| 11/12/2024 | | Set/Reset Deadlines: Responses due by 11/19/2024 (jca) (Entered: 11/12/2024) |
| 11/19/2024 | 81 | LETTER addressed to Judge Edgardo Ramos from Andrew Schapiro dated November 19, 2024 re: Pre−motion Conference. Document filed by Mike D Henig, Henig Furs Inc..(Schapiro, Andrew) (Entered: 11/19/2024) |
| 11/22/2024 | | Minute Entry for proceedings held before Judge Edgardo Ramos: Pre−Motion Conference held on 11/22/2024 by telephone. Counsel for the Henig Plaintiffs, present. Counsel for Defendants, present. The Court anticipates issuing its decision on Defendants' motion to dismiss by the end of the year. Therefore, an immediate stay is not necessary. (jar) (Entered: 11/22/2024) |
| 01/03/2025 | 82 | OPINION & ORDER re: 70 MOTION to Dismiss *the Second Amended Complaint*. filed by Amazon.com Services LLC, Amazon.com Inc, Amazon Fulfillment Services Inc. For the foregoing reasons, Amazon's motion to dismiss is GRANTED. The Clerk of Court is respectfully directed to terminate the motions, Docs. 70, 77. It is SO ORDERED. (Signed by Judge Edgardo Ramos on 1/3/2025) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 01/03/2025) |
| 01/03/2025 | 83 | CLERK'S JUDGMENT re: 82 Memorandum & Opinion in favor of Amazon Fulfillment Services Inc, Amazon.com Inc, Amazon.com Services LLC against Henig Furs Inc, United States of America, Mike D Henig. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated January 3, 2025, Amazon's motion to dismiss is GRANTED. (Signed by Clerk of Court Tammi M Hellwig on 1/3/2025) (Attachments: # 1 Appeal Package) (km) (Entered: 01/03/2025) |
| 01/27/2025 | 84 | NOTICE OF APPEAL from 83 Clerk's Judgment, 82 Memorandum & Opinion,. Document filed by Mike D Henig, Henig Furs Inc. Filing fee $ 605.00, receipt number ANYSDC−30520315. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Schapiro, Andrew) Modified on 1/27/2025 (km). (Entered: 01/27/2025) |
| 01/27/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 84 Notice of Appeal.(km) (Entered: 01/27/2025) |
| 01/27/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 84 Notice of Appeal, filed by Henig Furs Inc, Mike D Henig were transmitted to the U.S. Court of Appeals. (km) (Entered: 01/27/2025) |